BILL MURRAY V. THE STATE.

No. ·10066.    Delivered March 31, 1926.

**Transporting Intoxicating Liquor—No Statement of Facts—No Bill of Exception.**

There being no statement of facts nor bill of exception in the record, and no fundamental error appearing, the cause is affirmed.

Appeal from the District Court of Nacogdoches County. Tried below before the Hon. C. A. Hodges, Judge.

Appeal from a conviction for transporting intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robt. M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The record is before us without statement of facts or bills of exception. The indictment appears regular. No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*